Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Matthew R. Qualls

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MATTHEW R. QUALLS | CASE NO.: 24– 15594    B-13F |
| | DC No. SDS-1 |
| | Date: |
| | Time: |
| Debtor. | Place:  2500 Tulare St., 5th Floor |
| | Fresno, CA |

**ORDER SETTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY ON SHORTENED NOTICE TIME**

The Court having reviewed the Amended Ex Parte Motion for Order Shortening Time Period for Notice under Federal Rule of Bankruptcy Procedure 9006(c) filed by the Debtor; and good cause appearing;

IT IS HEREBY ORDERED as follows:

1. The Hearing on the Debtor's Motion to Extend the Automatic Stay for Debtor as to All Creditors shall be on June 20, 2024 at 9:30 a.m.

2. Debtor's counsel shall serve the Debtor's Motion to Extend the Automatic Stay for Debtor as to All Creditors, including Notice of Hearing for June 20, 2024 at 9:30 a.m. by first class mail no later than June 13, 2024.

Dated: Jun 12, 2024

By the Court

/s/ René Lastreto II
René Lastreto II, Judge
United States Bankruptcy Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28